# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARRYL LLOYD WHITE,

    Plaintiff,

vs.

JIM GIBBONS, et al.,

    Defendants.

Case No. 2:07-CV-00953-LRH-(RJJ)

**ORDER**

    Plaintiff having submitted a Motion for Enlargement of Time (#7), and good cause appearing;

    IT IS THEREFORE ORDERED that Plaintiff's Motion for Enlargement of Time (#7) is **GRANTED**. Plaintiff shall have through February 16, 2008, to file an amended complaint.

    DATED this 10th day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE