# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DARRYL LLOYD WHITE,

    Plaintiff,

vs.

JIM GIBBONS, et al.,

    Defendants.

Case No. 2:07-CV-00953-LRH-(RJJ)

**ORDER**

    Plaintiff having submitted a Motion for Enlargement of Time (#9), and good cause appearing;

    IT IS THEREFORE ORDERED that Plaintiff's Motion for Enlargement of Time (#9) is **GRANTED**. Plaintiff shall have through April 1, 2008, to file an amended complaint.

    DATED this 28th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE