1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**
7                              **DISTRICT OF NEVADA**
8
9    DARRYL LLOYD WHITE,
10          Plaintiff,                          Case No. 2:07-CV-00953-LRH-(RJJ)
11   vs.                                        **ORDER**
12   JIM GIBBONS, et al.,
13          Defendants.
14
15          Plaintiff having submitted a Motion for Enlargement of Time (#11), and good cause
16   appearing;
17          IT IS THEREFORE ORDERED that Plaintiff's Motion for Enlargement of Time (#11) is
18   **GRANTED**.  Plaintiff shall have through June 5, 2008, to file an amended complaint.  No further
19   extensions will be granted.
20          DATED this 3rd day of April, 2008.
21
22                                              _____
23                                              LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28